THE HONORABLE DAVID G. ESTUDILLO

1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
9                          AT TACOMA

10

11   EVGENIY GOUSSEV and STACY RITCH,            Case No. 3:21-cv-05708-DGE
     individually and on behalf of all others similarly
12   situated,                                   **[PROPOSED] ORDER GRANTING
                                                 DEFENDANT TOYOTA MOTOR
                     Plaintiffs,                 SALES, U.S.A., INC.'S MOTION TO
13                                               DISMISS FIRST AMENDED
          v.                                     COMPLAINT**
14
     TOYOTA MOTOR SALES, U.S.A., INC.,
15
                     Defendant.
16

17

18          This matter comes before the Court on Defendant Toyota Motor Sales, U.S.A., Inc.'s

19   Motion to Dismiss. The Court, having thoroughly considered the parties' briefing, the applicable

20   law, and the relevant portions of the record, GRANTS the Motion for the reasons set forth therein.

21   This action is DISMISSED with prejudice.

22

23          DATED this ___ day of _____ 2021.

24                                          _____

25                                                     David G. Estudillo
                                                    United States District Judge
26

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1    Presented by:

2    s/ *Nicola C. Menaldo*
      Nicola C. Menaldo, WSBA No. 44459
3    Lauren J. Tsuji, WSBA No. 55839
      **Perkins Coie LLP**
4    1201 Third Avenue, Suite 4900
      Seattle, Washington 98101-3099
5    Telephone: 206.359.8000
      Facsimile: 206.359.9000
6    NMenaldo@perkinscoie.com
      LTsuji@perkinscoie.com
7

8    James G. Snell (admitted *pro hac vice*)
      **Perkins Coie LLP**
9    3150 Porter Drive
      Palo Alto, California 94304-1212
10   Telephone: 650.838.4300
      Facsimile: 650.838.4350
      JSnell@perkinscoie.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER
(Case No. 3:21-CV-05708-DGE)– 2